IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

PHARMACEUTICAL CARE                                                                PLAINTIFF
MANAGEMENT ASSOCIATION

v.                              CASE NO. 4:15-CV-00510 BSM

LESLIE RUTLEDGE, in her
official capacity as Attorney
General of the State of Arkansas                                                   DEFENDANT

## JUDGMENT

Pursuant to the order entered on this day, this case is dismissed with prejudice.

DATED this 1st day of March 2017.

_____
UNITED STATES DISTRICT JUDGE