# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**PHARMACEUTICAL CARE**                                              **PLAINTIFF**
**MANAGEMENT ASSOCIATION**

v.                       **CASE NO. 4:15-CV-00510-BSM**

**LESLIE RUTLEDGE, in her**
**official capacity as Attorney**
**General of the State Arkansas**                                  **DEFENDANT**

## NOTICE

This case will be dismissed with prejudice, pursuant to *Rutledge v. Pharm. Care Mgmt. Ass'n*, No. 18-540, 2020 WL 7250098 (U.S. Dec. 10, 2020) on January 22, 2021, unless there is a compelling reason against it. The parties have until January 15 to object.

IT IS SO ORDERED this 22nd day of December, 2020.

*[signature: Brian S. Miller]*
UNITED STATES DISTRICT JUDGE