**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION**

**PHARMACEUTICAL CARE**                                                    **PLAINTIFF**
**MANAGEMENT ASSOCIATION**

**v.**                            **CASE NO. 4:15-CV-00510 BSM**

**LESLIE RUTLEDGE, in her**
**official capacity as Attorney**
**General of the State of Arkansas**                                        **DEFENDANT**

<u>**JUDGMENT**</u>

Pursuant to the Supreme Court's opinion in *Rutledge v. Pharm. Care Mgmt. Ass'n*, 141 S. Ct. 474, 483 (2020), judgement is entered for Leslie Rutledge on count one, the ERISA preemption claim.   Judgment is entered for plaintiff Pharmaceutical Care Management Association on count two, the Medicare Part D preemption claim.   Act 900 is preempted by Medicare Part D.   Judgement is entered for Rutledge on all remaining claims, and this case is dismissed with prejudice.

IT IS SO ORDERED this 16th day of March, 2021.


_____
UNITED STATES DISTRICT JUDGE